UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
V.
JAVIER PINAL-MALDONADO,
        Defendant.

Case No. 3:11-cr-05460-GT

ORDER FOR SUBSTITUTE OF COUNSEL

MOTION TO SUBSTITUTE COUNSEL

Mr. JAVIER PINAL–MALDONADO, Defendant herein, request to substitute counsel Mr. Manuel A. Gonzalez, Esq., (CSB219130) with offices at 925 B Street, Suite 200, San Diego, Ca., 92101 be allowed to substitute in place for counsel Kay Sunday, Esq., (CSB92061) with offices at 2445 5th Ave, Ste 330, San Diego, CA 92101-1665.

IS HEREBY:

GRANTED/DENIED.

IT IS SO ORDERED.

Hon. GORDON THOMPSON, Jr.
U. S. DISTRICT JUDGE

1/4/12